UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

DOCUSIGN, INC.,

          Plaintiff,

vs.

HEALTH APPLICATIONS, INC.,

          Defendant.

C06-907 MJP

**MINUTE ORDER**

**REASSIGNING CASE**

    Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004, this action has been reassigned to the Honorable Marsha J. Pechman, United States District Judge.

    All future documents filed in this case must bear the cause number C06-907 MJP and bear the Judge's name in the upper right hand corner of the document.

Dated this 29th day of June, 2006

BRUCE RIFKIN
Clerk of Court

by: /s/   PETER H. VOELKER
       Peter H. Voelker, Deputy Clerk