UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOCUSIGN, INC.,

        Plaintiff(s),

  v.

HEALTH APPLICATIONS, INC.,

        Defendant(s).

NO. C06-907P

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

Plaintiffs have filed a Motion for Preliminary Injunction (Dkt. No. 4) which was noted for August 4, 2006. A review of the docket in this matter indicates that Defendants have yet to be served or make an appearance.

The Court orders that Plaintiffs' motion be STRICKEN until such time as Defendants are served with a summons and notice of complaint in this action.

Filed this 9th day of August, 2006.

BRUCE RIFKIN, Clerk

By   /s Mary Duett
      Deputy Clerk

MINUTE ORDER