1

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7

8

9

10

11

12

DOCUSIGN, INC.,

Plaintiff(s),

v.

HEALTH APPLICATIONS, INC.,

Defendant(s).

NO. C06-907P

MINUTE ORDER

13

14

15

16

17

The following minute order is made by the direction of the court, the Honorable Marsha J.
Pechman:

Plaintiff's Motion for Preliminary Injunction is hereby re-noted to **August 24, 2006.**
Defendant shall file any responsive pleadings by no later than August 23, 2006.

18

19

20

21

22

23

24

25

26

Filed this 10th day of August, 2006.

BRUCE RIFKIN, Clerk

By       /s Mary Duett
         Deputy Clerk

MINUTE ORDER