UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DOCUSIGN, INC.,

        Plaintiff(s),

v.

HEALTH APPLICATIONS INC. d/b/a VaultraNet,

        Defendant(s).

NO. C06-907P

ORDER FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION

The above-entitled Court, having received and reviewed:

1. Plaintiff's Motion for Default Judgment

and all exhibits and declarations attached thereto, finds as follows:

**Findings and Conclusions**

1. The Court has personal and subject matter jurisdiction over this case and venue is proper in this district.

2. Plaintiff is an assignee and owner of U.S. Patent No. 6,289,460 ("the '460 patent").

3. At least Claim 1 of the '460 patent is not invalid and not unenforceable.

4. Defendant has infringed at least Claim 1 of the '460 patent by utilizing the Plaintiff's patented technology in an infringing manner for electronic document management services without license or authority.

5. Defendant's utilization of Plaintiff's patented technology has resulted in irreparable injury to Plaintiff in the form of loss of income, loss of customers, loss of market share, loss of goodwill and/or the loss of value of Plaintiff's '460 patent and its ability to enforce its patent rights.

**ORD FOR
DEF JMT - 1**

6. The harm to Plaintiff in denying the requested relief, which includes a permanent injunction, outweighs the harm to the legitimate business interests of Defendant in granting such an order.

7. Entry of a permanent injunction order would be in the public interest.

8. The Clerk of the Court issued an Order of Default (Dkt. No. 17) against Defendant on October 16, 2006.

## Default Judgment

Based on Defendant's failure to respond or otherwise proceed in this action and based on the foregoing Findings and Conclusions,

IT IS ORDERED, pursuant to Rule 55 of the Federal Rules of Civil Procedure, 35 U.S.C. § 283, and the inherent authority of the Court, that Defendant, including all officers, agents, affiliates, employees and representatives of Defendant, and any person in active concert or participation with them, be permanently enjoined from utilizing in any document management system or offering for sale and selling document management services that infringe on any claim of U.S. Patent No. 6, 289,460. Defendant is specifically enjoined from utilizing, offering for sale or selling its PrivaSign system. This injunction is effective as of the date of this Order.

Dated this 15th day of December, 3006.

Marsha J. Pechman
U.S. District Judge

**ORD FOR**
**DEF JMT - 2**